UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-0126 |
| ) | Judge Echols |
| LORI ANN BELL, and ARCHIE E. ) | |
| BELL and LAURIE MAE BELL, ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Motion for Summary Judgment filed on behalf of Defendant Lori Ann Bell and Elizabeth Erin Bell and EJB, a minor, (Docket Entry No. 33) is hereby DENIED.

This case is hereby returned to the Magistrate for further proceedings consistent with Local Rule 16.01 to ensure that this case is ready for the non-jury trial set for **Tuesday, April 10, 2007, at 9:00 a.m.** and the pretrial conference set for **Monday, March 12, 2007, at 1:00 p.m.** (Docket Entry No. 41).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE