```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

AETNA LIFE INSURANCE COMPANY,  )
                               )
    Plaintiff,              )
                               )
  v.                           )    Case No. 3:06-0126
                               )    Judge Echols
LORI ANN BELL, and ARCHIE E.   )
BELL and LAURIE MAE BELL,      )
                               )
    Defendants.             )

### ORDER

For the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, JUDGMENT is hereby entered IN FAVOR OF Archie E. Bell and Laurie Mae Bell and AGAINST Lori Ann Bell and Erin Elizabeth Bell. The Clerk is DIRECTED to withdraw the funds from the money market account in which they were placed in this case and, after subtracting the registry fee, to pay those funds with the accumulated interest to Archie E. Bell and Laurie Mae Bell.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE